ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Defendants Nationstar Mortgage, LLC and Wells Fargo Bank, N.A., individually and as Trustee for the Holders of the Banc of America Alternative Loan Trust 2003-7 Mortgage Pass Through Certificates, Series 2003-2007*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DALE DOWERS, an individual; and DEBRA DOWERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, a national banking association, individually and as Trustee for holders of the Banc of America Alternative Loan Trust 2003-7 Mortgage Pass-through Certificates, Series 2003-2007; DOES 1 through 25, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-01679-JCM-PAL<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1 of the U.S. District Court Rules, the undersigned, as counsel of record for Defendants Nationstar Mortgage, LLC (**Nationstar**) and Wells Fargo Bank, N.A., individually and as Trustee for the Holders of the Banc of America Alternative Loan Trust 2003-7 Mortgage Pass-Through Certificates, Series 2003-2007 (collectively, **Wells Fargo**), certifies the following:

{29773666;1}

Nationstar Mortgage, LLC is a Delaware limited liability company with its principal place of business in Lewisville, Texas.  Nationstar Mortgage, LLC's members are Nationstar Sub1, LLC and Nationstar Sub2, LLC.  Nationstar Sub1, LLC and Nationstar Sub2, LLC are both wholly-owned subsidiaries of Nationstar Mortgage Holdings, Inc., a Delaware corporation that is publicly traded.

Wells Fargo Bank, N.A. is a national association.  Its parent corporation is Wells Fargo & Company, which owns 10% or more of Wells Fargo Bank, N.A.'s stock.  With the exception of Wells Fargo & Company, no other publicly held corporation owns 10% or more of Wells Fargo Bank, N.A.'s stock.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 22nd day of October, 2014.

**AKERMAN LLP**

/s/ Natalie L. Winslow
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants Nationstar Mortgage, LLC and Wells Fargo Bank, N.A., individually and as Trustee for the Holders of the Banc of America  Alternative  Loan Trust 2003-7 Mortgage Pass Through Certificates, Series 2003-2007*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of October, 2014 and pursuant to FRCP 5, I served the CM/ECF electronic filing system and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES**, postage prepaid and addressed to:

Jay A. Shafer, Esq.
PREMIER LEGAL GROUP
1333 No. Buffalo Drive, Suite 210
Las Vegas, Nevada 89128

Mark C. Fields, Esq.
LAW OFFICES OF MARK C. FIELDS, APC
333 So. Hope Street, 35th Floor
Los Angeles, California  90071

*Attorneys for Plaintiffs*

/s/ Debbie Julien
An employee of AKERMAN LLP

{29773666;1} 3