UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DALE DOWERS, et al., | Case No. 2:14-CV-1679 JCM (PAL) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| NATIONSTAR MORTGAGE LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Dowers v. Nationstar Mortgage LLC et al.*, case number 2:14-cv-01679-JCM-PAL.

On March 31, 2017, the Ninth Circuit entered an opinion affirming in part and reversing in part this court's dismissal of plaintiff's action. (ECF No. 16). The order on mandate was entered on June 2, 2017. (ECF No. 21).

Accordingly,

IT IS HEREBY ORDERED that the parties shall file, within twenty-one (21) days of the entry of this order, a joint status report briefing the current status of the case, what actions have been completed, and what actions need to be completed in light of the Ninth Circuit's remand.

DATED June 19, 2017.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**