# Exhibit E

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  jamie.combs @akerman.com
*Attorneys for Nationstar Mortgage LLC and*
*Wells Fargo Bank Minnesota, National Association*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DALE DOWERS, an individual; and DEBRA DOWERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, a national banking association, individually and as Trustee for holders of the Banc of America Alternative Loan Trust 2003-7 Mortgage Pass-through Certificates, Series 2003-2007; DOES 1 through 25, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-01679-JCM-PAL<br><br>**DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, _FAY JANATI_, being duly sworn, declares as follows:

1. I am authorized to sign this Declaration on behalf of Nationstar Mortgage LLC.

2. I submit this affidavit in support of Defendants' Motion for Summary Judgment.

3. Nationstar serviced the mortgage loan (the **Loan**) that is the subject of this action on behalf of Wells Fargo Bank Minnesota, National Association as Trustee for holders of the Banc of America Alternative Loan Trust 2003-7 Mortgage Pass-through Certificates, Series 2003-2007, and

44083117;1

maintains business records for the Loan.

4. From February 10, 2010 until plaintiffs' sale of the property in 2014, Wells Fargo Bank Minnesota, National Association as Trustee for holders of the Banc of America Alternative Loan Trust 2003-7 Mortgage Pass-through Certificates, Series 2003-2007 was the holder of the note and beneficiary of the deed of trust recorded as instrument number 20030605 with the Clark County Recorder's Office, securing the property located at 9408 Tournament Canyon Drive, Las Vegas, Nevada 89134.

5. As part of my job responsibilities, I have personal knowledge of Nationstar's business purposes.

6. Nationstar's principal business is, and was at all relevant times, the servicing of home loans.

7. As a mortgage servicer, Nationstar oversees the administration of mortgage loans for and on behalf of the owner. This includes the responsibility for receiving and crediting payments pursuant to the terms of the note and deed of trust, and paying amounts due under any escrow accounts such as property insurance and taxes.

8. As a mortgage servicer, Nationstar also may occasionally initiate foreclosure proceedings on behalf of the owner following a debtor's default under the terms of the note and deed of trust.

9. The enforcement of security interests, however, is not the principal purpose of Nationstar's business.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

NATIONSTAR MORTGAGE LLC
By: FAY JANATI
Title: SR Assistant Secretary Litigation Support

2

44083117;1