ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for defendants Nationstar Mortgage LLC and Wells Fargo Bank Minnesota, N.A., individually and as Trustee for the Holders of the Banc of America Alternative Loan Trust 2003-7 Mortgage Pass Through Certificates, Series 2003-2007*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DALE DOWERS, an individual; and DEBRA DOWERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, a national banking association, individually and as Trustee for holders of the Banc of America Alternative Loan Trust 2003-7 Mortgage Pass-through Certificates, Series 2003-2007; DOES 1 through 25, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-01679-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS NATIONSTAR MORTGAGE LLC AND WELLS FARGO BANK MINNESOTA, N.A., INDIVIDUALLY AND AS TRUSTEE FOR THE HOLDERS OF THE BANC OF AMERICA ALTERNATIVE LOAN TRUST 2003-7 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2003-2007 TO FILE THEIR REPLY SUPPORTING THEIR MOTION FOR SUMMARY JUDGMENT** |

Pursuant to LR 6-1, plaintiffs Dale Dowers and Debra Dowers (collectively, **plaintiffs**) and defendants Nationstar Mortgage, LLC and Wells Fargo Bank Minnesota, N.A., individually and as Trustee for the Holders of the Banc of America Alternative Loan Trust 2003-7 Mortgage Pass-Through Certificates, Series 2003-2007 (Collectively, **defendants**) stipulate and agree as follows:

///

44407794;1

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The parties agree to extend the deadline for defendants to file their reply supporting their motion for summary judgment [ECF No. 32, filed on February 9, 2018] from March 16, 2018, to April 27, 2018. An extension is necessary to afford defendants the opportunity to adequately respond to plaintiffs' opposition to defendants' motion for summary judgment. Defense counsel is requesting this extension because they are currently engaged in trial preparations for a firm trial setting in Las Vegas, NV the week of April 9, 2018[1], followed by a week-long trial with a firm setting to begin in Reno, Nevada on April 16, 2018[2], and request the reply deadline be extended to a date thereafter.

This is the first request related to defendants' reply and the extension is not submitted for the purpose of delay or to cause undue prejudice to any party.

DATED this 15th day of March, 2018.

| **AKERMAN LLP** | **LAW OFFICES OF MARK C. FIELDS** |
|---|---|
| */s/ Jamie K. Combs* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> AKERMAN LLP <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for defendants Nationstar Mortgage LLC and Wells Fargo Bank Minnesota, N.A., individually and as Trustee for the Holders of the Banc of America Alternative Loan Trust 2003-7 Mortgage Pass Through Certificates, Series 2003-2007* | */s/ Mark C. Fields* <br> MARK C. FIELDS, ESQ. <br> Nevada Bar No. 008453 <br> 333 South Hope Street, 35th Floor <br> Los Angeles, CA 90071 <br><br> *Attorney for plaintiffs Dale Dowers and Debra Dowers* |

**ORDERED**

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT COURT JUDGE**
DATED: March 20, 2018.

---

[1] *In re: Ronnie C. McKinney and Joan E. McKinney*, Case No 10-50597-btb, firm setting for April 16, 2018-April 20, 2018. *See* ECF No. 186-190.

[2] *LN Management LLC Series 8007 Palace Monaco v. Bank of New York Mellon*, Case No. A-13-682755, firm setting on April 11, 2018 through April 13, 2018.

2

44407794;1